FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 02, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:22-CR-0003-MKD-2 |
| Plaintiff, | PROTECTIVE ORDER |
| vs. | **ECF Nos. 26, 27** |
| DUSTIN MARK ALLEN, | |
| Defendant. | |

Before the Court are the United States' Motion for a Protective Order, ECF No. 26, and related Motion to Expedite, ECF No. 27. The United States asserts that the ongoing discovery in this matter involves a victim and the victim's sensitive medical information. Accordingly, the United States seeks a protective order for all discovery in this case. Defendant does not oppose the motion. The Court, having reviewed the motions and the docket, is fully advised in the premises,

**IT IS ORDERED:**

The United States' Motion to Expedite (**ECF No. 27**), is **GRANTED**.

PROTECTIVE ORDER - 1

The United States' Motion for a Protective Order (**ECF No. 26**) is **GRANTED** as follows:

1    The United States will provide discovery materials to defense counsel of record. Any discovery related motions will be addressed outside of this Protective Order.

2.    Defense counsel may possess but not copy (excluding the production of necessary working copies) all discovery materials.

3.    Defense counsel may show to, and discuss with the Defendant, all discovery materials but defense counsel shall not provide original or copies of discovery materials to the Defendant.

4.    Defense counsel shall not otherwise provide original or copies of the discovery material to any other person, including subsequently appointed or retained defense counsel, but excluding any staff of defense counsel or investigator and/or expert engaged by defense counsel, who will also be bound by the terms and conditions of this Protective Order.

5.    Should Defendant wish to seek relief from this Protective Order, he shall do so by motion.

**IT IS SO ORDERED**. The District Court Executive is directed to enter this

PROTECTIVE ORDER - 2

1  Order and provide copies to counsel.

2      DATED February 2, 2022.

3                        *s/Mary K. Dimke*
                        MARY K. DIMKE

4                UNITED STATES DISTRICT JUDGE

PROTECTIVE ORDER - 3