PROB 12C
(6/16)

Report Date: September 1, 2026

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
Sep 01, 2026
SEAN F. MCAVOY, CLERK

ECF No 137

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Dustin Mark Allen — Case Number: 0980 2:22CR00003-MKD-2

Address of Offender: [redacted] Clarkston, Washington 99403

Name of Sentencing Judicial Officer: The Honorable Mary K. Dimke, U.S. District Judge

Date of Original Sentence: February 1, 2023

Original Offense: Distribution of Fentanyl, 21 U.S.C. § 841(a)(1), (b)(1)(C)

Original Sentence: Prison - 72 months; TSR - 36 months — Type of Supervision: Supervised Release

Asst. U.S. Attorney: Caitlin A. Baunsgard — Date Supervision Commenced: July 1, 2026

Defense Attorney: Amy H Rubin — Date Supervision Expires: June 30, 2029

---

## PETITIONING THE COURT

To issue a warrant.

On July 6, 2026, the undersigned officer reviewed a copy of the conditions of supervision with Mr. Allen as outlined in the judgment and sentence. Mr. Allen acknowledged and understanding of those conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #1**: You must not commit another federal, state or local crime. |

**Supporting Evidence**: Mr. Allen allegedly violated the above-stated condition on or about August 23, 2026, by being charged with driving under the influence.

On August 23, 2026, Mr. Allen was charged by Idaho State Police for driving under the influence of alcohol or drugs pursuant to Idaho Code 18-8004(1)(A), and department report 26-00111560. Mr. Allen was arrested for the aforementioned crime and transported to the Nez Perce County Jail.

According to Idaho State Police department report 26-00111560, witnesses observed the vehicle the offender was driving traveling at a high rate of speed, estimating it to be around 100 miles per hour. The driver lost control of the vehicle and crashed. The passenger in the vehicle was taken to the hospital. At the time of the incident, the defendant denied being the driver; however, the investigation revealed he was driving the car and the defendant was consuming alcohol earlier that day while at the Clearwater Casino. At the time of this petition, the charge, Nez Perce County case CR35-26-5218, remains pending.

2 **<u>Special Condition #5</u>**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from all alcohol and must submit to uranalysis and Breathalyser testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substances.

**<u>Supporting Evidence</u>**: Mr. Allen allegedly violated the above-stated condition of supervision by consuming alcoholic beverages, on or about August 23, 2026.

Please refer to supporting evidence in violation #1.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: September 1, 2026

s/Mark E. Hedge

Mark E. Hedge
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violations contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

M.K. Dimke

Signature of Judicial Officer

September 1, 2026

Date